# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-124
Lower Tribunal No. 16-8303
_____

**Aymara Sorhegui,**
Appellant,

vs.

**Park East Home Owners Association, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Kula & Associates, P.A., and Elliot B. Kula, W. Aaron Daniel, and William D. Mueller, for appellant.

Becker & Poliakoff, P.A., and Lilliana M. Farinas-Sabogal, for appellee.

Before LINDSEY, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.